# United States District Court
# Middle District of Georgia

RECEIVED
CLERK'S OFFICE
2018 DEC 13 AM 9:20
U.S. DISTRICT COURT
MIDDLE DIST OF GEORGIA
MACON, GA

| | |
|---|---|
| Malachi Z. York | Judge C. Ashley Royal |
| 99 Manchester Parkway apt. 301 | Inmate number: 171911-054 |
| Highland Park MI. 48203 | |

**Plaintiff**

**Vs.**

**Defendant**

Macon County Police Department

Bibb County

State of Georgia

F.B.I

Sheriff's Department

Judge C. Ashley Royal

**Complaint and Status**

I am not now or never have been a part of this corporate state or their judicial system. My ancestors have been in this country for ten thousand years. We were here (Native Americans) before Europeans arrived in 1492. We were here before statutes and codes, before the constitution which was copied from a black moor document. If you must refer to the constitution, a good place to start would article 6 of the constitution which states that treaty law is supreme law of the land. The United States of America is a foreign state and it's agency the Department of Justice is a foreign agent and did not serve me under title 28 section 1604-1607 they did not proceed under title 22 CFR Section 9212 to 9232 and they did not file a claim against me with the department of state to have the department of state remove my immunity and they did not file a case under Title 28 Section 1330 against me. They violated all of my Native American treaty rights

## In Conclusion

1. I am asking Judge C. Ashley Royal to be the fiduciary and reserve all of the rights under UCC1-207 and UCC1-308
2. According to title 42 statue 1983 anyone can be sued who is acting under the color of law. The reason I am asking for the amount of money damages is because I think a message should be sent to everyone in North America that you should not rape, murder, pillage or do treason, sedition, involuntary servitude, slavery, terrorism, fraud, extortion, grand theft, robbery, conspiracy and racketeering against a Native American Moor.

3. A party having superior knowledge will take advantage of another's ignorance of the law to deceive him by studied concealment or misrepresentation can be held responsible for that conduct. (FINA SUPPLY, Inc. v. Abilene National Bank, 726 S. W. 2D 537, 1987)

4. Fraud "vitiates the most solemn contracts, documents, and even judgments" (U.S.V. Throckmorton, 98 U.S. 61, at page 65.) Fraud is defined in BLACKS LAW DICTIONARY the 6th addition on page 660. (An intentional perversion or truth for the purpose of inducing another reliance upon it to part with some valuable things belonging to him or to surrender a legal right.)

5. A false representation of a matter of fact, whether by word or conduct, by false or misleading allegations, or by concealment of that which should have been disclosed, which deceived and is intended to deceive another so that he shall act upon it to his legal injury. Anything calculated to deceive, whether by a single act or combination, or by the suppression of truth, or by suggestion of what is false, whether it be by direct falsehood or innuendo, by speech of silence, word or mouth, or look, or gesture.

6. I am looking for compensation from Title 42 statue 1983 in the amount of two billion dollars.

I am here for settlement and closure.

Yours Truly,

Malachi Z. York