You have 20 days to comply