# Power of Attorney

**Effective Date**   10/19/18

**I, do hereby**   [Legal Name], AKA [Name]   Uma York

**A resident of**   [City][State]   Powder Springs, Georgia

**Located at**   [Address]   5213 Carrington Park

[City], [State] [Zip Code]   Powder Springs, GA, 30127

**Do Hereby Appoint**   [Legal Name]   Ishmael Bey

**A resident of**   [City][State]   Highland Park, Michigan

**Located at**   [Address]   99 Manchester Parkway apt. 301

[City], [State] [Zip Code]   Highland Park Mi, 48203

**As my attorney-in-fact to act on my behalf for the following purpose(s):**

To take care of all of my legal work and business pretaining to myself.

This power of attorney is to start to be effective on  11/24/18 , and shall remain effective until ___/___/_____ · Fore ven

I do hereby grant my attorney-in-fact complete and full authority to act in any reasonable and necessary manner for the purpose of exercising the above mentioned powers. I also, ratify all the lawfully performed acts by my attorney-in-fact in exercising those powers.

I fully understand and agree that any third party who is given a copy of this Power of Attorney may act relying on it. I also, agree that revocation of this Power of Attorney is effective as to a third party only when they receive receipt of an actual notice by the third party. If due to reliance on the Power of Attorney, a third party suffers any loss, I agree to pay for any third party loss.

## Applicable Law

This contract shall be governed by the laws of the State of _Georgia_ in _Bibb_ County and any applicable Federal Law.

_Uma York_ _____ Date _11-24-18_
**Signature of Principle**

By accepting this appointment and acting under it, I the attorney-in-fact ("Agent") do hereby assume the legal responsibilities of an agent.

_[signature] Bey_ _____ Date _11-24-18_
**Signature of Attorney-in-Fact**

WITNESS #1) _Debra Smith_

WITNESS #2) _Robert Carl_

[Notary signature and seal]
Notary Public, State of Michigan
Macomb County
My Commission Expires Dec 4, 2022
Acting in the County of Macomb

# Power of attorney legal definition of power of attorney

https://legal-dictionary.thefreedictionary.com/power+of+attorney

Ads by Google related to: **power of attorney**

rocketlawyer.com ▾  **Free Power of Attorney Form - Free to Print, Save & Download**
Answer Simple Questions To Make Your **Power of Attorney**. Start Now!
Over 40MM Docs Created · Mobile & Desktop · Finish Docs In Minutes · Rocket Lawyer Guarantee

Durable Power of Attorney    Power of Attorney, Child
Last Will and Testament      Simple Will
Complete Will

## power of attorney

Also found in: Dictionary, Thesaurus, Medical, Financial, Acronyms, Encyclopedia, Wikipedia.
Related to power of attorney: Enduring Power of Attorney

## Power of Attorney

*A written document in which one person (the principal) appoints another person to act as an agent on his or her behalf, thus conferring authority on the agent to perform certain acts or functions on behalf of the principal.* Powers of attorney are routinely granted to allow the agent to take care of a variety of transactions for the principal, such as executing a stock power, handling a tax audit, or maintaining a safe-deposit box. Powers of attorney can be written to be either general (full) or limited to special circumstances. A power of attorney generally is terminated when the principal dies or becomes incompetent, but the principal can revoke the power of attorney at any time.

A special type of power of attorney that is used frequently is the "durable" power of attorney. A durable power of attorney differs from a traditional power of attorney in that it continues the agency relationship beyond the incapacity of the principal. The two types of durable power of attorney are immediate and "springing." The first type takes effect as soon as the durable power of attorney is executed. The second is intended to "spring" into effect when a specific event occurs, such as the disability of the principal. Most often, durable powers of attorney are created to deal with decisions involving either property management or HEALTH CARE.

Durable powers of attorney have become popular because they enable the principal to have her or his affairs handled easily and inexpensively after she or he has become incapacitated. Before the durable power of attorney was created, the only way to handle the affairs of an incapacitated person was to appoint a guardian, a process that frequently involves complex and costly court proceedings, as well as the often humiliating determination that the principal is wholly incapable and in need of protection.

With a durable power of attorney, on the other hand, a principal can appoint someone to handle her or his affairs after she or he becomes incompetent, and the document can be crafted to confer either general power or power in certain limited circumstances. Because no judicial proceedings are necessary, the principal saves time and money and avoids the stigma of being declared incompetent.

The concept of the durable power of attorney was created in 1969 when the National Conference of Commissioners on Uniform State Laws promulgated the Uniform Probate Code (U.P.C. § 5–501). Ten years later, the provisions of the code dealing with the durable power of attorney were modified and published as the Uniform Durable Power of Attorney Act (UDPA). All fifty states recognize some version of the durable power of attorney, having adopted either the UDPA or the Uniform Probate Code, or some variation of them. Versions of the durable power of attorney vary from state to state. Certain powers cannot be delegated, including the powers to make, amend, or revoke a will, change insurance beneficiaries, contract a marriage, and vote.

**Further readings**

Insel, Michael S. 1995. "Durable Power Can Alleviate Effects of Client's Incapacity." *Estate Planning* 22 (February).

Rains, Ramona C. 1996. "Planning Tools Available to the Elderly Client." *American Journal of Trial Advocacy* 19 (spring).

**Cross-references**

Living Will.

West's Encyclopedia of American Law, edition 2. Copyright 2008 The Gale Group, Inc. All rights reserved.

## power of attorney

n. a written document signed by a person giving another person the power to act in conducting the signer's business, including signing papers, checks, title documents, contracts, handling bank accounts and other activities in the name of the person granting the power. The person receiving the power of attorney (which means agent) is "attorney in fact" for the person giving the power, and usually signs documents as "Melinda Hubbard, attorney in fact for Guilda Giver." There are two types of powers of attorney: a) general power of attorney which covers all activities, and b) special power of attorney which grants powers limited to specific matters, such as selling a particular piece of real estate, handling some bank accounts, or executing a limited partnership agreement. A power of attorney may expire on a date stated in the document or upon written cancellation. Usually the signer acknowledges before a notary public that he/she executed the power, so that it is recordable if necessary, as in a real estate transaction.

Copyright © 1981-2005 by Gerald N. Hill and Kathleen T. Hill. All Right reserved.

## power of attorney

an authority given by one person to another to act in his absence.

Collins Dictionary of Law © W.J. Stewart, 2006

POWER OF ATTORNEY. Vide Letter of attorney, and 1 Mood. Or. Cas. 57, 58.

A Law Dictionary, Adapted to the Constitution and Laws of the United States. By John Bouvier. Published 1856.

Ads by Google related to: **power of attorney**


brmmlaw.com ▼
(248) 206-3183

**Power of Attorney - Thousands of Clients Served**
Put 90+ Years' Combined Legal Experience to Work for You! Free Consultations.

    Out Attorneys       Estate Planning Attorney
    Local Wills Attorney   Contact Us Today
    Living Trusts Attorney Why Choose Us

## Free Power of Attorney Forms - Download and Print. 100% Free.

Create a Fully Customized Power of Attorney. Edit and Print for Immediate Use. lawdepot.com/OnlineForms



Advertisement. Bad banner? Please let us know Remove Ads

| Copyright © 2003-2018 Farlex, Inc

Disclaimer

All content on this website, including dictionary, thesaurus, literature, geography, and other reference data is for informational purposes only. This information should not be considered complete, up to date, and is not intended to be used in place of a visit, consultation, or advice of a legal, medical, or any other professional.