

Ishmael Bey
99 Manchester #301
Highland Park, Mich 48203

U.S. District Court
Office of Clerk
Middle District of Georgia
475 Mulberry St
P.O. Box 128
Macon, Georgia 31202-0128

RECEIVED CLERK'S OFFICE
2018 DEC 13 AM 9:19
U.S. DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

7016 1130 0000 4780 5199
CERTIFIED MAIL

U.S. POSTAGE PAID
HIGHLAND PARK, MI
48203
DEC 06, 18
AMOUNT
$9.51
R2305K139571-07