# A Living Testimony

# A foreign cooperation, a legal fiction which cannot talk, cannot demand anything from any living soul.

MALACHI Z YORK
99 MANCHESTER PKWY
APT 301
HIGHLAND PARK MI 48203