Ishmael Bey
99 Manchester #301
Highland Park, Mich
48203

CERTIFIED MAIL
7018 1130 0000 4780 5762

RECEIVED
CLERK'S OFFICE
2019 JAN 23 AM 10:17
U.S. DISTRICT COURT
MIDDLE DIST. OF GEORGIA
MACON, GEORGIA

U.S. POSTAGE PAID
FCM LG ENV
HIGHLAND PARK, MI
48203
JAN 10, 19
AMOUNT
$7.41
R2305K139571-07

U.S. Courts Middle District of Georgia
Office of The Clerk
P.O. Box 128
Macon, Georgia 31202-0128