## MANDATORY NOTICE

**Foreign Sovereign Immunities Act**

**Sections 1605 and 1607**

**NOTICE OF LIABILITY**

**18 USC 2333**

**18 USC 1341 and 1342**

RECEIVED
CLERK'S OFFICE

2019 MAR 18  PM 12: 00

U.S. DISTRICT COURT
MIDDLE DIST. OF GEORGIA
MACON GEORGIA

5 : 18- CV- 460

This **MANDATORY NOTICE** is provided to all **Territorial United States** District and State and County Courts, their officers, clerks, bailiffs, sheriffs, deputies, and employees and all **Municipal Appointees** including their DISTRICT, STATE and COUNTY COURTS, their OFFICERS, and EMPLOYEES.

The vessels doing business as Malachi Z. York, Malachi York, YORK, MALACHI, MALACHI Z. YORK, together with all derivatives and permutations and punctuations of these names, are not acting in any federal territorial or municipal capacity and have not knowingly or willingly acted in any such capacity since the day of nativity: **June 25th, 1945.** All vessels are duly claimed by the Holder in Due Course and held under published Common Law Copyright since **January 12, 1940.**

These vessels are publishing **MANDATORY NOTICE** that they are **Foreign Sovereigns** from **Georgia,** state of the **United States of America.** This is your **MANDATORY NOTICE** that these above-named vessels are owed all material rights, duties, exemptions, insurances, treaties, bonds, agreements, and guarantees including indemnity and full faith and credit; you are hereby provided with **MANDATORY NOTICE** that these vessels are **not subject** to Territorial or Municipal United State law and are owed **The Law of Peace,** Department of Army Pamphlet 27-161-1, from all Territorial and Municipal Officers and employees who otherwise have no permission to approach or address them.

Any harm resulting from trespass upon these vessels or the use of fictitious names or titles related to them shall be subject to full commercial liability and penalties: 18 USC 2333, 18 USC 1341 and 1342.

So said, signed, and sealed this 6th day in November 2018 in The United States of America:

BY: **Malachi Z. York** – (right thumbprint)

Contact

York, Malachi Z.