ISHMAEL BEY
99 MANCHESTER #301
HIGHLAND PARK, Mich
48203

RECEIVED
CLERK'S OFFICE
2019 MAR 18 PM 12:00
U.S. DISTRICT COURT
MIDDLE DIST. OF GEORGIA
MACON, GEORGIA



Retail

US POSTAGE PAID
P $8.00    Origin: 48203
           03/15/19
           2525110203-02

PRIORITY MAIL 2-Day ®

0 Lb 3.30 Oz
1004

EXPECTED DELIVERY DAY: 03/18/19

B002

SHIP
TO:
PO BOX 128
MACON GA 31202-0128

USPS TRACKING NUMBER

9505 5105 9816 9074 1138 67



U.S. Courts, Middle District of Georgia
Office of The Clerk
P.O. Box 128
Macon, Georgia 31202-0128