IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| MALACHI Z. YORK, | * |
| Plaintiff, | * |
| v. | Case No.  5:18-cv-00460-MTT |
| | * |
| MACON COUNTY POLICE DEPARTMENT, et al., | * |
| Defendants. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated April 18, 2019, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 19th day of April, 2019.

David W. Bunt, Clerk

s/ Vanessa Siaca, Deputy Clerk