United States District Court

Office of the Clerk

MIDDLE DISTRICT OF GEORGIA

475 Mulberry street

P.O. Box 128

MACON, GEORGIA 31202-0128

RECEIVED
CLERK'S OFFICE

2019 JUL 15 AM 10: 29

U.S. DISTRICT COURT
MIDDLE DIST. OF GEORGIA
MACON, GEORGIA

July 9th, 2019

# I want to appeal this case because:

1. The affidavit was never addressed.
2. It was never shown that Malachi Z. York had a contract with this foreign corporation.
3. At present, both the municipal and territorial governmental services corporations are in bankruptcy proceeding the UNITED STATES is insolvent and under liquidation and the USA, Inc. is under Chapter 11 reorganization.
4. I was never given full disclosure that is Fraud.
5. 10 Maxims of commercial law #5 an unrebutted affidavit stands as truth in commerce.
6. Malachi Z. York wants private arbitration.

The United States never held any municipal sovereignty or right of soil in Alabama or any of the new states which were formed... The United States has no Constitutional capacity to exercise municipal jurisdiction, sovereignty, or eminent domain, within the limits of a state or elsewhere, except in the cases in which it is expressly granted..."(Pollard V. Hagan, 44 U.S.C 213,221, 223)

In the Supreme Court Decision by Judge Theo H. McCaleb on the date: 6:19:1848-C.E. for the declaring of the United States of the non-owners of the land of the Ancient Ones/Mound-Builders (Uaxashaktun) and for the declaring of lawful-owners as the heirs of the Henry:rr Turner (Moorish-Nationals). By the Uaxashaktun-mounds of the North America for the carbon-dating of 6,000 of the years before the Jesus Christ for the referring by the United Nations and Smithsonian Institute. In the year: 1928, for laying of claim by the (sovereign) Moors on the demarcation of the Ethiopia across the Africa, Great-Atlantis, (North/Central/South-America) and Caribbean by Noble Drew: Ali, in an Express-Trust (Deed) in the Chapter: 47, in the Holy-Koran of the Moorish/Science/Temple of/America/A/Religious/Book for the recording in the Mecca and for the filing of the documentation from the proper-Custody of the Religious-Corporation/Trust-Document on the date 8:1:1928, by the Document No. 10105905: Book:521:Page:79: of the county of the Cook of the State of the Illinois by the Recorder of the deeds.