Mar 6 at 11:49 PM

## Sunday, March 6, 2016

**December 9th 1945 International Organization Immunities Act relinquished every public office of the United States to the U N.**

Guess WHAT, ALL those IDIOTS in CON-gress and State Capitols are no longer citizens!!!

# As FOREIGNERS they have no JURISDICTION over We the People!!!

+++++++++++++++++++++++++++++++++ +++++++++++++++++++++++++++++++++

· December 26th 1933 49 Statute 3097 Treaty Series 881 (Convention on Rights and Duties of States) stated CONGRESS replaced STATUTES with international law, placing all states under international law.(this was an act of TREASON and SEDITION !! CON-gress had no authority over or to alter State Constitutions) · December 9th 1945 International Organization Immunities Act relinquished every public office of the United States to the United Nations.
· 22 CFR 92.12-92.31 FR Heading "Foreign Relationship" states that an oath is required to take office.
· Title 8 USC 1481 stated once an oath of office is taken citizenship is relinquished, thus you become a foreign entity, agency, or state. That means every public office is a foreign state, including all political subdivisions. (i.e. every single court is considered a separate foreign entity)
· *Title 22 USC (Foreign Relations and Intercourse) Chapter 11 identifies all public officials as foreign agents.*
· **Title 28 USC 3002 Section 15A states that the United States is a Federal Corporation and not a Government, including the Judiciary Procedural Section.**
· Federal Rules of Civil Procedure (FRCP) 4j states that the Court jurisdiction and immunity fall under a foreign State.
· The 11th Amendment states "The Judicial power of the United States shall not be construed to extend to any suit in law or equity, commenced or prosecuted against one of the United States by Citizens of another State, or by Citizens or Subjects of an Foreign State." (A foreign entity, agency, or state cannot bring any suit against a United States citizen without **abiding** the following procedure.)
· Title 22 CFR 93.1-93.2  states that the Department of State has to be notified of any suit, and in turn has to notify the United States citizen of said suit.
· **Title 28 USC 1330 states that the United States District Court has to**

1

grant permission for the suit to be pursued once the court has been supplied sufficient proof that the United States citizen is actually a corporate entity.

· Title 28 USC 1608 I have Absolute Immunity as a Corporation
· Title 28 USC 1602-1611 (Foreign Sovereign Immunities Act) allows the jurisdiction of a court to be challenged, and a demand of proper jurisdiction to be stated.
· July 27th 1868 15 Statutes at Large Chapter 249 Section 1 "Acts Concerning American Citizens in a Foreign State", expatriation, is what is broken when jurisdiction is demanded, and it is not met with an answer.
· Under the Federal Rules of Civil Procedure 12b 6 the prosecution has failed to provide adequate proof that the parties involved in this situation are actually corporate entities. I have provided ample proof that the prosecution and other agents are actually corporations.
· 1950 81st Congress Investigated the Lawyers Guild and determined that the B.A.R. Association is founded and ran by communists under definition. Thus any elected official that is a member of the B.A.R. will only be loyal to the B.A.R. and not the people.

**TITLE 22--FOREIGN RELATIONS AND INTERCOURS CHAPTER 11--FOREIGN AGENTS AND PROPAGANDA SUBCHAPTER II--REGISTRATION OF FOREIGN PROPAGANDISTS**