Bey
-hester #301
f Park, Mich
 48203

7018 1130 0000 4781 5297

2019 JUL 15 AM 10:28

U.S. DISTRICT COU.
MIDDLE DIST. OF GEORGIA
MACON, GEORGIA

U.S. POSTAGE PAID
PCM LG ENV
HIGHLAND PARK, MI
48203
JUL 11, 19
AMOUNT
$7.45
R2305K139597-06

U.S. POSTAGE PAID
PM 2-Day
HIGHLAND PARK, MI
48203
JUL 11, 19
AMOUNT
$6.85
R2305K139597-06

U. S. District Court
 Office of the Clerk
Middle District of Georgia
475 Mulberry Street
P.O. Box 128
Macon, Georgia 31202-0128