# Us District Court
# Middle District of Georgia

2019 AUG -9 AM 9: 31

**Case name: York vs MACON COUNTY Police Department et al**

**Case Number: 5;18-cv-00460-MTT**

**Reply to fees;**

1. You are a foreign corporation, a legal fiction that cannot talk, therefore cannot ask for fees or anything else. (See Documents)
2. As a foreign corporation you have a Duns number which is listed on Wall Street, which means you are <u>not</u> a constitutional court with jurisdiction over this case.