# James C. Trezevant vs City of Tampa

# This NOTICE is a just and modest self defense for any people and well below the precedent set by James C. Trezevant vs City of Tampa wherein the damages established were at $25,000 for 23 minutes of unlawful detainment. That remedy calculates to more than $1.5 million per day.