# A Living Testimony in the Form of An Affidavit

I never had full disclosure; you never told me this was a foreign corporation and the lawyers that work for The State of Georgia are foreign agents. You led me into a fraudulent contract." (I want the bond numbers of everyone involved)  As a member of the Yamassee Nation of Native Americans, my tribal nationality is Sovereign Moor. I feel like I have been taken advantage of.

1. At present, both the Municipal and Territorial governmental services corporations are in bankruptcy proceeding. The UNITED STATES is insolvent and under liquidation and the USA, Inc. is under Chapter 11 reorganization.
2. I was never given full disclosure that I was doing business with a foreign corporation and foreign agents with B.A.R cards, that's fraud, and fraud eliminates all contracts.
3. Newman vs US 1932
4. Goetz vs US 1932
   There has not been a government since 1929.
5. A foreign cooperation, a legal fiction which cannot talk, cannot demand anything from any living soul.
6. As a foreign cooperation you have a Dun and Bradstreet number which is listed on Wall Street which means you are not a constitutional entity.