Ishmael Bey
99 Manchester #301
Highland Park, Mich
48203


RECEIVED
CLERK'S OFFICE
2019 AUG -9 AM 9:31
U.S. DIST...
MIDDLE DIST OF ...GIA
MACON

CERTIFIED MAIL

8 1130 0000 4783 7183

David Bunt
Clerk
Middle District of Georgia
475 Mulberry St
P.O. Box 128
Macon, Georgia 31208-0128
31201

U.S. POSTAGE PAID
FCM LG ENV
HIGHLAND PARK, MI
48203
AUG 05, 19
AMOUNT
$7.60
R2305K139571-07