IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 19-12710-E

_____

MALACHI Z. YORK,

                                                                         Plaintiff-Appellant,

versus

MACON COUNTY POLICE DEPARTMENT,
BIBB COUNTY, GEORGIA,
STATE OF GEORGIA,
FEDERAL BUREAU OF INVESTIGATION (FBI),
SHERIFF'S DEPARTMENT, et al.,

                                                                         Defendants-Appellees.

_____

Appeal from the United States District Court
for the Middle District of Georgia

_____

Before: MARTIN, JORDAN and ROSENBAUM, Circuit Judges.

BY THE COURT:

      This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. Malachi Z. York appeals from the district court's April 19, 2019 judgment of dismissal. Because Mr. York's notice of appeal was not filed in the district court until July 15, 2019, it is untimely, and we lack jurisdiction. *See* 28 U.S.C. § 2107(b); Fed. R. App. P. 4(a)(1)(B); *Hamer v. Neighborhood Hous. Servs. of Chicago*, 138 S. Ct. 13, 21 (2017); *Green v. Drug Enforcement Admin.*, 606 F.3d 1296, 1300-02 (11th Cir. 2010).

All pending motions are DENIED as moot. No motion for reconsideration may be filed unless it complies with the timing and other requirements of 11th Cir. R. 27-2 and all other applicable rules.